Peter Jensen, Respondent, v. Cauldwell Wingate Company, Appellant. —Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $8,000; in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; McLaughlin, J., dissented and voted for new trial.

Bernhard Rosenstock and Another, Appellants, v. Cushman Bread Company and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Richard A. Springs and Others, Respondents, v. Thomas H. McMillan, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Crystallglass and Syphon Bottle Manufacturing, Feigl, Moravek & Co., Company, Limited, Libochovice, Appellant, v. Faerber, Silberman & Company, Inc., Respondent.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. The City of New York, Relator, v. Alfred P. W. Seaman and Others, Constituting the Board of Assessors of the City of New York, and Others,.Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements, on *People ex rel. Watt* v. *Zucca* (160 App. Div. 578). Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John E. Helin, Respondent, v. McMullen-Snare & Triest, Inc., Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $4,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Martha Greenwood, Respondent, v. John Wanamaker, New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Ingraham, P. J., and McLaughlin, J., dissented.

Monroe Greenwood, Respondent, v. John Wanamaker, New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Ingraham, P. J., and McLaughlin, J., dissented.

Henrietta Irene Bollinger, Respondent, v. Andrew Albright, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Samuel Mayers, Appellant, v. Samuel J. Bloomingdale and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Nathan Medwin, Respondent v. B. & S. Realty Company, Appellant.—